IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN NATIONAL CORPORATION and PEOPLES NATIONAL BANK, | ) ) ) ) | Case No. 8:05cv358 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| CHUBB CUSTOM INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

Upon notice of settlement given to the magistrate judge by Brian D. Nolan and James B. Cavanagh, counsel for parties,

**IT IS ORDERED:**

1. On or before **November 4, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any hearings or deadlines previously scheduled are cancelled upon the representation that this case is settled.

Dated this 5th day of October 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge