# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMERICAN NATIONAL CORPORATION and PEOPLES NATIONAL BANK,** | ) ) ) ) | **CASE NO. 8:05CV358** |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| **CHUBB CUSTOM INSURANCE COMPANY,** | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation to Dismiss with Prejudice (Filing No. 13). Because the Court finds that the Stipulation complies with Fed. R. Civ. P. 41(a)(1)(i),

IT IS ORDERED:

1) The Stipulation to Dismiss with Prejudice (Filing No. 13) is approved, and the relief requested therein is granted;

2) The Complaint and all claims in this matter are dismissed with prejudice; and

3) Each party shall pay its own costs and attorneys' fees.

DATED this 23rd day of November, 2005.

BY THE COURT

s/Laurie Smith Camp
United States District Judge